DG
F.# 2019R01685

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

J&F INVESTIMENTOS SA,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 20-365 (MKB)

       Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney David Gopstein, for an order unsealing the docket in the above-captioned matter.

       WHEREFORE, it is ordered that the docket be unsealed.

Dated:    Brooklyn, New York
            October 16, 2020

                                                S/ Margo K. Brodie

                                            HONORABLE MARGO K. BRODIE
                                            UNITED STATES DISTRICT JUDGE
                                            EASTERN DISTRICT OF NEW YORK



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DG
F. #2019R01685

*Select Street Address*
*Select City & State*

October 15, 2020

By E-mail

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. J&F Investimentos SA
                 Criminal Docket No. 20-365 (MKB)

Dear Judge Brodie:

        The government respectfully moves for an order unsealing the docket in the above-captioned matter.

                                 Respectfully submitted,

                                 SETH D. DuCHARME
                                 Acting United States Attorney

                 By:       /s/
                                 David Gopstein
                                 Assistant U.S. Attorney
                                 (718) 254-6153

Enclosure

cc:
       Ben A. O'Neil, Esq. (by Email)