DG
F.#2019R01685

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

    - against -

J&F INVESTIMENTOS SA,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

Cr. No. 20-365 (MKB)

        WHEREAS, on October 14, 2020, the defendant J&F Investimentos ("J&F") was sentenced in connection with its guilty plea to a one-count information charging conspiracy to violate the anti-bribery provisions of the Foreign Corrupt Practices Act ("FCPA"); and

        WHEREAS, J&F was ordered to pay a $256,497,026 fine, $128,248,513 of which was to be paid to the United States Treasury and $128,248,513 of which was to be paid to Brazilian authorities. See Judgment (Dkt. No. 5); and

        WHEREAS, J&F made payments totaling $128,248,513 to the United States Treasury and those payments were posted by the Clerk's Office;

        WHEREAS the government has informed the Court that J&F has paid the $128,248,513 due to Brazilian authorities in its entirety;

        NOW, THEREFORE, IT IS HEREBY ORDERED that the Clerk's Office post

the defendant's payment of $128,248,513 to Brazilian authorities and record the fine as having been paid in full.

Dated:       Brooklyn, New York
               February 24_, 2022

_____S/MKB_____
HONORABLE MARGO K. BRODIE
CHIEF UNITED STATES DISTRICT JUDGE