UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | SATISFACTION OF JUDGMENT |
| -against- | Docket No. <u>CR-20-0365</u><br>(Brodie, J.) |
| J&F INVESTIMENTOS SA, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $256,497,426.00, that is, a fine in the amount of $256,497,026.00, and a special assessment in the amount of $400.00, on October 14, 2020, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on October 15, 2020; and

WHEREAS, said judgment has been fully paid as to the defendant J&F INVESTIMENTOS SA;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant J&F INVESTIMENTOS SA.

Dated:     Brooklyn, New York
             July 5, 2023

                                                   BREON PEACE
                                                   United States Attorney
                                                   Eastern District of New York
                                                   Attorney for the United States of America
                                                   271 Cadman Plaza East
                                                   Brooklyn, N.Y. 11201

                                  By:    <u>s/Madeline O'Connor</u>
                                                   MADELINE O'CONNOR
                                                   Assistant U.S. Attorney
                                                   (631) 715-7870
                                                   madeline.oconnor@usdoj.gov